**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEVAK KHATCHADOURIAN, an Individual;<br><br>　　　　　　Plaintiff<br><br>　　vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: CV 19-2116-DMG (AFMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [21]** |

Having considered the Stipulation Dismissing the Entire Action with Prejudice between Plaintiff Sevak Khatchadourian and Defendant Travelers Commercial Insurance Company, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice, and
2. Each Party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: April 23, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE